**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| RONALD MARTINEZ, et al. | ) | CASE NO. EDCV11-91-JST(DTBx) |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER REMOVING CASE FROM ACTIVE CASELOAD AND ORDER STAYING ACTION UNTIL FURTHER ORDER OF COURT |
| AEGIS WHOLESALE CORPORATION, et al., | ) | |
| Defendant(s). | ) | |

On April 8, 2011, Plaintiffs filed a Notice of Bankruptcy Proceeding indicating that a Chapter 13 bankruptcy proceeding was filed on February 13, 2011, in the U.S. Central District Bankruptcy Court, and assigned Case No. 6:11-bk-13650-CB. The Court therefore orders this action stayed. The Loan Modification Readiness Conference previously scheduled for April 11, 2011, is VACATED.

IT IS FURTHER ORDERED that this action is removed from the Court's active caseload until further application by the parties or order of the Court. This Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

IT IS SO ORDERED.

DATED: April 8, 2011

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE